1  MICHAEL HINCKLEY, State Bar No. 161645
   THE LAW OFFICES OF MICHAEL HINCKLEY
2  803 Hearst Avenue
   Berkeley, California 94710
3  Telephone:    (510) 486-0800
   Facsimile:    (510) 486-0801

4  Attorneys for Defendant
   Bruce Saiyad
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case Nos. CR-11-00572-SI |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION HEARING FROM SEPTEMBER 3, 2020 TO SEPTEMBER 10, 2020 @ 10:30 a.m.** |
| vs. | |
| BRUCE SAIYAD  Defendant. | |

Defendant Bruce Saiyad, by and through his counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Jason Kleinwaks, hereby stipulate and agree to a continuance of the date of the detention hearing in this matter from September 3, 2020 to September 10, 2020 @ 10:30 a.m.

Good cause for the continuance exists here. Defense counsel has developed an unexpected scheduling conflict with the current hearing date and, as such, asks that the matter be continued to the requested date.[1]

The assigned Probation Officer has no objection to this request.

---

[1] Defense counsel is a member of a subcommittee with the California Commission on Peace Officer Standards and Training (P.O.S.T.) that is working to complete amendments to state Use Of Force guidelines based on changes in the law; the final/completion meeting is noticed for tomorrow.

1   **IT IS SO STIPULATED.**

2       Dated: 9/2/2020                    /s/ Jason Kleinwaks
3                                          _____
                                           JASON KLEINWAKS
4                                          Assistant United States Attorney

5
        Dated: 9/2/2020                    /s/ Michael Hinckley
6                                          _____
7                                          MICHAEL HINCKLEY
                                           Attorney for Bruce Saiyad

**ORDER**

Based upon the stipulation of the parties, and for GOOD CAUSE shown, the COURT HEREBY ORDERS that the detention hearing in this matter, currently scheduled for September 3, 2020, is continued to September 10, 2020 at 10:30 a.m.

IT IS SO ORDERED.

Dated: September 2, 2020

*Virginia K. DeMarchi*
Hon. Virginia K. DeMarchi
United States Magistrate Judge