MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:  (510) 486-0800
Facsimile:  (510) 486-0801

Attorneys for Defendant
Bruce Saiyad

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRUCE SAIYAD<br>        Defendant. | Case Nos. CR-11-00572-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE DETENTION HEARING SET FOR SEPTEMBER 17, 2020** |

Defendant Bruce Saiyad, by and through his counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Jason Kleinwaks, hereby stipulate and agree to vacate the currently set detention hearing in this matter. After further consultation with defense counsel, Mr. Saiyad requests to waive his right to a detention hearing at this time and to withdraw his previous request that the hearing be set, and that the September 17, 2020 hearing date be vacated.

The assigned Probation Officer has no objection to this request.

**IT IS SO STIPULATED.**

Dated: 9/14/2020

/s/ Jason Kleinwaks

JASON KLEINWAKS
Assistant United States Attorney

1
2
3 Dated: 9/14/2020                              /s/ Michael Hinckley
4                                                      MICHAEL HINCKLEY
                                                       Attorney for Bruce Saiyad
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the stipulation of the parties, and for GOOD CAUSE shown, the COURT HEREBY ORDERS that the detention hearing in this matter currently scheduled for September 17, 2020, be vacated.

IT IS SO ORDERED.

Dated: September 14, 2020

*Virginia K. DeMarchi*
Hon. Virginia K. DeMarchi
United States Magistrate Judge